UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YESH MUSIC, LLC,

        Plaintiff,                  Civil Action No. 1:17-cv-05707-ERK-CLP

      v.

LONG ISLAND UNIVERSITY,

        Defendant.

## NOTICE OF SETTLEMENT

Defendant LONG ISLAND UNIVERSITY hereby advises the Court that the parties have reached an agreement which would resolve the issues in the case. The parties jointly request that the Court discontinue the current schedule for thirty (30) days to allow them to prepare and execute a written agreement and file a joint stipulation of dismissal.

Dated: November 29, 2017

/s/Anthony E. Bennett

Anthony E. Bennett
E-Mail: aebdocket@hbiplaw.com
James F. Harrington
E-Mail: jfhdocket@hbiplaw.com
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Suite 200
Syosset, New York 11791-4407
Telephone: 516.822.3550
Facsimile: 516.822.3582

Attorneys for Defendant
Long Island University

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 29, 2017, a copy of the NOTICE OF SETTLEMENT was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants.

    Richard M. Garbarini (RG 5496)
    Garbarini FitzGerald P.C.
    250 Park Avenue
    7th Floor
    New York, NY 10177

    Attorney for Plaintiff Yesh Music, LLC

            /s/Anthony E. Bennett